IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RAUL ANSELMO LOPEZ**
       **Plaintiff,**

vs.                                                                   CIV No. 22-00718-KK

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration,**

       **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 8), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

_/s/ Kirtan Khalsa_
KIRTAN KHALSA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted February 2, 2023_
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

_Electronically approved February 2, 2023_
FELIZ MARTONE
Attorneys for Plaintiff